THE STATE OF OHIO, APPELLEE, *v.* ERWIN, APPELLANT.

[Cite as *State v. Erwin* (1994), 71 Ohio St.3d 290.]

(No. 94–1685—Submitted November 29, 1994—Decided December 23, 1994.)

*Robert L. Becker,* Licking County Prosecuting Attorney, and *Matthew W. McFarland,* Assistant Prosecuting Attorney, for appellee.

*Max R. Erwin, Sr., pro se.*

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.